IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Armstrong, Merie

Printed: 5/16/06

Case Number: 04 B 28740
Judge: Goldgar, A. Benjamin
Filed: 8/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  March 9, 2006
Confirmed:  December 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,555.00 |  |
| Secured: |  | 6,424.98 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 475.00 |
| Trustee Fee: |  | 367.63 |
| Other Funds: |  | 2,287.39 |
| Totals: | 9,555.00 | 9,555.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 475.00 | 475.00 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | MB Financial | Secured | 2,806.26 | 821.19 |
| 5. | Onyx Acceptance Corp | Secured | 5,292.48 | 1,509.29 |
| 6. | Washington Mutual Home Loan | Secured | 9,867.98 | 2,887.64 |
| 7. | Prospect Federal | Secured | 3,864.00 | 1,130.71 |
| 8. | City Of Chicago | Secured | 300.00 | 76.15 |
| 9. | Illinois Dept of Revenue | Priority | 2,367.00 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 169.70 | 0.00 |
| 11. | Onyx Acceptance Corp | Unsecured | 518.64 | 0.00 |
| 12. | Ford Motor Credit Corporation | Unsecured | 1,697.54 | 0.00 |
| 13. | Ford Motor Credit Corporation | Unsecured | 578.39 | 0.00 |
| 14. | B-Line LLC | Unsecured | 98.96 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,035.95 | $ 6,899.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 147.47 |
| 4% | 54.59 |
| 3% | 41.13 |
| 5.5% | 124.44 |
|  | _____ |
|  | $ 367.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Armstrong, Merie | Case Number:  04 B 28740 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  5/16/06 | Filed:  8/3/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_