IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

WILLIAM ARMSTRONG                                Case No. 04 B 28740
MERLE ARMSTRONG
              Debtor.

N O T I C E

A notice has been filed indicating that there is an outstanding post filing default to DOVENMUEHLE MORTGAGE for post filing defaults. A copy is attached hereto.

            /S/ Laura Wardinski
            laura Wardinski

CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 12/21/2009 to the following parties:

TO TRUSTEE:
MARIYLN O. MARSHALL 224 S MICHIGAN STE 800 CHICAGO, IL 60604

TO DEBTOR'S ATTORNEY:
CRAIG BLACK 407 S DEARBORN ST STE 400 CHICAGO, IL 60605

The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 12/21/2009 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:

TO DEBTOR:
WILLIAM ARMSTRONG MERLE ARMSTRONG 4923 SOUTH HERMITAGE AVENUE CHICAGO, IL 60609

            /s/ Laura Wardinski
            Laura Wardinski
            Kropik, Papuga and Shaw
            120 S. LaSalle, Ste. 1327
            Chicago, IL 60603

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

WILLIAM ARMSTRONG                               Case No. 04 B 28740
MERLE ARMSTRONG
                    Debtor.

### NOTICE OF OUTSTANDING DEBT

DOVENMUEHLE MORTGAGE successor to Neighborhood Lending Inc. in response to the notice that the debtors case is completing and that lender must notify the court if there is any remaining defaults. DOVENMUEHLE hereby notifies parties that there is an outstanding amount owed as follows:

Outstanding advances in the amount of $1575.00 (the loan is being reanalyzed)

                                    _/s/ Laura Wardinski__
                                    Attorney of Kropik Papuga and Shaw

This Notice and attached document(s) is an attempt to collect a debt and any information obtained will be used for that purpose.

Kropik Papuga and Shaw
Attorneys for DOVENMUEHLE MORTGAGE
120 S. Lasalle
Chicago, Il. 60603
312-236-6405

CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court on 12/21/2009 to the following parties:

TO TRUSTEE:
MARIYLN O. MARSHALL 224 S MICHIGAN STE 800 CHICAGO, IL 60604

TO DEBTOR'S ATTORNEY:
CRAIG BLACK 407 S DEARBORN ST STE 400 CHICAGO, IL 60605

The motion was further served by depositing a printed copy into the United States mail at the mail chute located at 120 SOUTH LA SALLE STREET, CHICAGO, ILLINOIS 60603, at 5:00 p.m. on 12/21/2009 with postage prepaid at the address listed on the creditor matrix, upon the following parties, Debtor or others not served:

TO DEBTOR:
WILLIAM ARMSTRONG MERLE ARMSTRONG 4923 SOUTH HERMITAGE AVENUE CHICAGO, IL 60609

                                        __/s/ Laura Wardinski__
                                        Laura Wardinski
                                        Kropik, Papuga and Shaw
                                        120 S. LaSalle, Ste. 1327
                                        Chicago, IL 60603